# Exhibit 1



A Division of PNC Bank, National Association

**Loss Mitigation Contact Information:**
PNC Mortgage, B6-YM09-02-2
3232 Newmark Drive
Miamisburg, OH 45342-5421
1-888-224-4702

LOAN NUMBER
DATE    June 3, 2016
PAGE 1 OF 4

ESTATE NASH
8800 LAUREL VALLEY LN
MONTGOMERY VILLAGE, MD 20886

**Property Address:**
8800 LAUREL VALLEY LN
MONTGOMERY VILLAGE, MD 20886

 **Based on a review of the information you provided, we are unable to offer mortgage payment assistance to you at this time.**

**Here are the results of your review:**

We have received your request for assistance. Based on a review of the information you provided, we are unable to offer mortgage payment assistance at this time.

However, you are eligible but not yet approved for a liquidation option. If you are interested in learning more about your liquidation options, please contact your representative CANDACE W at 1-888-224-4702 ext. 904-092-2320. For your reference, these options are described below:

- **Short Sale:** When you owe more than your home is worth, you may be able to sell your home and pay off a portion of your mortgage balance. This allows you to transition out of your home without going through foreclosure. In some cases, relocation assistance may be available.

- **Deed-in-Lieu of Foreclosure:** You may transfer ownership of your property to us. This allows you to transition out of your home without going through foreclosure. This option works best when there are no other liens on your property. In some cases, relocation assistance may be available.

**Here are instructions for continuing the liquidation eligibility:**

To continue with the liquidation eligibility, you must follow the steps outlined below. Please note that PNC Mortgage must receive the signed and dated Request to Continue with the Liquidation Eligibility page by July 3, 2016.

- Sign and date the Request to Continue with the Liquidation Eligibility page.
- Keep a copy of this entire letter for your records.
- Return the signed Offer Acceptance page using the enclosed pre-paid envelope. Or, you may fax it to us at 1-855-288-3974.
- Additional information will be provided to you after this page has been returned.

Please be advised that if PNC Mortgage does not receive a signed and dated Request to Continue with the Liquidation Eligibility page by July 3, 2016, then normal servicing of your loan will continue, which may include collection and foreclosure proceedings, as well as negative credit bureau reporting, if applicable. If these proceedings were previously suspended, they may begin once more.

Once we have received the signed and dated Request to Continue with the Liquidation Eligibility page, we will not refer your loan to foreclosure, or if your loan has already been referred to foreclosure, we will continue to suspend the next legal action in the foreclosure proceedings.

If we do not receive a signed and dated Request to Continue with the Liquidation Eligibility page by July 3, 2016, the request to continue with your liquidation eligibility will be considered revoked.

continue to next page

LM_RtnDn_v02.11

To request information or notify us of an error regarding your account, please send a written request/notice to
**PNC Mortgage**
**PO Box 8807**
**Dayton, OH 45401-8807**



Loan: 0005348134  Doc Type: OFFER LETTER RESPONSE (1199)



**PNC MORTGAGE℠**
A Division of PNC Bank, National Association

LOAN NUMBER
DATE            Jun 3, 2016
PAGE 2 OF 4

---

**Here is information about other Loss Mitigation options you were not approved to receive:**

We have completed our review of your hardship assistance request under the Making Home Affordable (MHA) Program. However, your assignee or mortgage owner, FEDERAL HOME LOAN BANK CINCINNATI, cannot approve your request for assistance for the:

- Making Home Affordable HAMP Modification because we service your loan on behalf of an investor or group of
  investors that has not given us the contractual authority to modify your loan for this alternative to foreclosure option.
- Making Home Affordable HAMP Tier II Modification because we service your loan on behalf of an investor or group of
  investors that has not given us the contractual authority to modify your loan for this alternative to foreclosure option.

If you wish to dispute this denial, we must receive your request by July 3, 2016. Your request should include your full name, loan number, and property address and any written evidence to support your dispute. You may submit your request via email to MHA_Inquiry@pncmortgage.com or you may submit a request in writing to PNC Mortgage/MHA, B6-YM08-01-9, 3232 Newmark Drive, Miamisburg, OH 45342-5421.

We have completed our review of your hardship assistance request. However, your assignee or mortgage owner, FEDERAL HOME LOAN BANK CINCINNATI, cannot approve your request for assistance for the:

- Modification (1) because the unpaid principal balance on the proposed modification exceeds the original unpaid principal balance.
- Modification (2) because we service your loan on behalf of an investor or group of investors that has not given us the contractual authority to modify your loan for this alternative to foreclosure option.
- Cap and Extend Modification Plan because we service your loan on behalf of an investor or group of investors that
  has not given us the contractual authority to modify your loan for this alternative to foreclosure option.
- Debt To Income Modification Plan because we service your loan on behalf of an investor or group of investors that
  has not given us the contractual authority to modify your loan for this alternative to foreclosure option.

We have completed our review of your hardship assistance request. However, we cannot approve your request for assistance for the:

- Home Affordable Unemployment Program (UP) because we service your loan on behalf of an investor or group of investors that
  has not given us the contractual authority to modify your loan for this alternative to foreclosure option.
- 12-Month Repayment Plan because we are unable to validate your current income in conjunction with the assignee / mortgage owner or private mortgage insurance modification guidelines.
- Extended 24 Month Repayment Plan because we are unable to validate your current income in conjunction with the assignee / mortgage owner or private mortgage insurance modification guidelines.
- Full Payment Forbearance Plan because based on the information provided in your Loss Mitigation Borrower Response Package (BRP), you have not documented a temporary financial hardship that meets the guidelines set forth by the assignee / mortgage owner or private mortgage insurance company of your loan.
- Reduced Payment Forbearance Plan because based on the information provided in your Loss Mitigation Borrower Response Package (BRP), you have not documented a temporary financial hardship that meets the guidelines set forth by the assignee / mortgage owner or private mortgage insurance company of your loan.
- Suspended Payment Forbearance Plan because based on the information provided in your Loss Mitigation Borrower Response Package (BRP), you have not documented a temporary financial hardship that meets the guidelines set forth by the assignee / mortgage owner or private mortgage insurance company of your loan.
- Short Sale because Your stated intent is to retain the subject property; therefore, you were not evaluated for liquidation options.
- Deed In Lieu because Your stated intent is to retain the subject property; therefore, you were not evaluated for liquidation options.

*continue to next page*

LM_RtnDn_v02.11

To request information or notify us of an error regarding your account, please send a written request/notice to
**PNC Mortgage**
PO Box 8807
Dayton, OH 45401-8807



Loan: 0005348134  Doc Type: OFFER LETTER RESPONSE (1199)



**PNC MORTGAGE℠**
A Division of PNC Bank, National Association

LOAN NUMBER
DATE             Jun 3, 2016
PAGE 3 OF 4

Your assignee or mortgage owner has provided a hierarchy of loss mitigation options that can be offered based on a borrower's financial situation. According to this hierarchy, PNC has made the only offer available to you, resulting in the denial of any other loss mitigation options, including loan modifications, below the offered option in the hierarchy.

**Here is how you can appeal the denials listed above:**

If you would like to appeal the denial of the loan modifications listed above, do not sign and date the Request to Continue with the Liquidation Eligibility page. Instead, complete the Appeal Form found at www.pncmortgage.com and return it to us by fax at 1-855-288-3974 or by mail to PNC Mortgage / Image Center B6-YM10-01-1, 3232 Newmark Drive, Miamisburg, OH 45342-5421.

To be considered for an appeal, we must receive your completed Appeal Form by July 3, 2016. Please be sure to keep this letter in case your appeal is not granted.

If your appeal is denied and you do not choose to pursue a liquidation option, normal servicing of your loan will continue, which may include collection and foreclosure proceedings, as well as negative credit bureau reporting, if applicable. If these proceedings were previously suspended, they may begin once more.

**Here is how you can reach us if you have questions or need assistance:**

Our goal is to help you make informed decisions regarding your home loan, and we are available to support you through this process. If your financial situation changes or if you have any questions, please contact your representative CANDACE W at 1-888-224-4702 ext. 904-092-2320. Representatives are available Monday through Friday, 8:00 a.m. to 5:00 p.m. You can also visit us online at pnc.com/mortgage; navigate to the Customer Service Center and click the "Having Trouble Making Payments" link.

If you would like additional counseling, you may consider contacting the HOPE Hotline at 1-888-995-HOPE. A project of the nonprofit Homeownership Preservation Foundation, the HOPE Hotline connects homeowners with HUD-approved housing counselors, who offer assistance at no charge.

This is an attempt to collect a debt and/or enforce our lien. Any information obtained will be used for that purpose unless prohibited by applicable law. However, if this debt has been discharged or if you are protected by the automatic stay in bankruptcy, we are not attempting to collect the debt from you personally, and if we have obtained relief from the automatic stay, we will only exercise our rights against the property itself. By providing this notice we do not waive any applicable exemptions from state or federal collection laws.

If you are requesting loss mitigation, please note that normal collection and/or foreclosure activity will continue on your loan to the extent allowed by law while your request is being reviewed. Any information requested may be necessary to determine your eligibility for loss mitigation options.

There may be additional fees and costs, that have been incurred but that are not included in this document because they have not yet been applied to your account. To the extent they are fees we are permitted to recover from you under the terms of the note and mortgage, or other agreement you have entered into, you will be responsible for these fees and costs when they are applied to your account.

continue to next page

LM_RtnDn_v02.11

To request information or notify us of an error regarding your account, please send a written request/notice to
PNC Mortgage
PO Box 8807
Dayton, OH 45401-8807



Loan: 0005348134  Doc Type: OFFER LETTER RESPONSE (1199)



Loss Mitigation Contact Information:
PNC Mortgage, B6-YM09-02-2
3232 Newmark Drive
Miamisburg, OH 45342-5421
1-888-224-4702

PAGE 4 OF 4

## REQUEST TO CONTINUE WITH THE LIQUIDATION ELIGIBILITY

June 3, 2016
Loan Number:

**Instructions:**
Please sign and date this page and send it to us using the enclosed pre-paid envelope. Or, you may fax it to us at 1-855-288-3974. Please note that we must receive your signed and dated Request to Continue with the Liquidation Eligibility by July 3, 2016.

With my signature, I agree to continue with the liquidation eligibility.

ESTATE NASH
_____
**Borrower Name**


_____          _____
**Borrower Signature**                                              **Date**

LM_RtnDn_v02.11



To request information or notify us of an error regarding your account, please send a written request/notice to
PNC Mortgage
PO Box 8807
Dayton, OH 45401-8807



Loan: 0005348134  Doc Type: OFFER LETTER RESPONSE (1199)