# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SCOTT NASH, | * |
| | *     Case No.: 8:16-cv-02910-TDC |
| Plaintiff, | * |
| v. | * |
| PNC BANK, N.A. D/B/A PNC MORTGAGE | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT PNC BANK, N.A.'S MOTION TO DISMISS

Defendant PNC Bank, N.A. d/b/a PNC Mortgage ("PNC"), through its undersigned counsel, hereby move to dismiss the Complaint filed by Plaintiff Scott Nash pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of its motion, PNC submits the accompanying Memorandum of Law, as well as a proposed order.

September 26, 2016

/s/ *Daniel J. Tobin*
Daniel J. Tobin (FBN 10338)
Daniel C. Fanaselle (FBN 18753)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2256
Facsimile: (202) 661-2299
tobindj@ballardspahr.com
fanaselled@ballardspahr.com
*Attorneys for Defendant PNC Bank, N.A.*