**EXHIBIT C**



**State of Maryland**

*Register of Wi...*

| NEW SEARC

BACK TO SEARCH R...

**Estate Record (Montgomery County)**

| | | | |
|---|---|---|---|
| Estate Number: | **000000W82637** | Type: | **SE** |
| Status: | **CLOSED** | Date Opened: | **02/09/2015** |
| Date Closed: | **03/11/2015** | Reference: | |
| Decedent Name: | **PATRICIA ANN NASH** | | |
| Date of Death: | **9/7/2014** | Date of Filing: | **02/09/2015** |
| Will: | | Date of Will: | |
| Date of Probate: | | | |
| Aliases: | | | |
| Personal Reps: | **SCOTT NASH** [8800 LAUREL VALLEY LANE, MONTGOMERY VILLAGE, MD 20886] | | |
| Attorney: | | | |

**Docket History**

CLICK HERE TO REQUEST CO...

| Filed On | Docket# | Code | Description |
|---|---|---|---|
| 02/09/2015 | 1 | 1103 | SMALL ESTATE PETITION FOR ADMINISTRATION |
| 02/09/2015 | 2 | 1329 | DOCUMENTATION FOR SMALL ESTATE |
| 02/09/2015 | 3 | 1104 | LIST OF INTERESTED PERSONS (2) |
| 02/09/2015 | 4 | 1109 | SMALL ESTATE NOTICE OF APPOINTMENT, NOTICE TO CREDITORS, NOTICE TO UNKNOWN HEIRS |
| 02/09/2015 | 5 | 1108 | ORDER APPOINTING PERSONAL REPRESENTATIVE OF A SMALL ESTATE |
| 02/09/2015 | 6 | 1124 | INFORMATION REPORT |
| 02/19/2015 | 7 | 1356 | NON-PROBATE INHERITANCE TAX ADVICE: NO INHERITANCE TAX DUE |
| 02/23/2015 | 8 | 1402 | CERTIFICATE OF PUBLICATION (SMALL ESTATE) |
| 02/24/2015 | 9 | 1407 | REGISTER OF WILLS CERTIFICATE OF SERVICE OF NOTICE OF APPOINTMENT (SMALL ESTATE) |
| 02/25/2015 | 10 | 1128 | CLAIM AGAINST DECEDENT'S ESTATE - ORIGINALLY FILED ON 02/25/2015 BY NASA FCU FOR $2,129.47 |
| 03/06/2015 | 11 | 1312 | CHANGE OF ADDRESS |

Latest data as of: 9/15/2016 4:00:00 PM (rownetweb)