**EXHIBIT E**

Circuit Court of Maryland

[Go Back Now](#)

## Case Information

Court System: **Circuit Court for Montgomery County - Civil System**

Case Number: **405281V**   Sub Type: **FORECLOSURE**

Date Filed: **05/21/2015**

Case Status: **OPEN**

## Plaintiff Information

*(Each Alias, Address, and Attorney for the Plaintiff is displayed)*

Name: **WARD, CARRIE M**

Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

### Attorney(s) for the Plaintiff

Name: **JONES, ELIZABETH C**

Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**

Phone: **301-961-6555**

Name: **TOBIN, DANIEL J**

Address: **BALLARD SPAHR, LLP**
**1909 K ST NW 12FL**
**WASHINGTON DC 20006**

Phone: **202-661-2200**

Name: **FANASELLE, DANIEL C**

Address: **BALLARD SPAHR LLP**
**1909 K ST N W 12TH FL**
**WASHINGTON DC 20006**

Phone: **202-661-7658**

Name: **HARRIS, CHERIE N**

Address: **BWW LAW GROUP, LLC**
**6003 EXECUTIVE BLVD STE 101**
**ROCKVILLE MD 20852**

Phone: **301-961-6555**

---

Name: **BIERMAN, HOWARD N**

Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

### Attorney(s) for the Plaintiff

Name: **JONES, ELIZABETH C**

Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**

> ROCKVILLE MD 20852

Phone: 301-961-6555

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
> 1909 K ST NW 12FL
> WASHINGTON DC 20006

Phone: 202-661-2200

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
> 1909 K ST N W 12TH FL
> WASHINGTON DC 20006

Phone: 202-661-7658

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
> 6003 EXECUTIVE BLVD STE 101
> ROCKVILLE MD 20852

Phone: 301-961-6555

---

Name: **GEESING, JACOB**
Address: **6003 EXECUTIVE BLVD SUITE 101**
> ROCKVILLE MD 20852

*Attorney(s) for the Plaintiff*

Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
> SUITE 101
> 6003 EXECUTIVE BLVD
> ROCKVILLE MD 20852

Phone: 301-961-6555

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
> 1909 K ST NW 12FL
> WASHINGTON DC 20006

Phone: 202-661-2200

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
> 1909 K ST N W 12TH FL
> WASHINGTON DC 20006

Phone: 202-661-7658

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
> 6003 EXECUTIVE BLVD STE 101
> ROCKVILLE MD 20852

Phone: 301-961-6555

Name: **LELE, PRATIMA**
Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*
Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**
Phone: **301-961-6555**

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
**1909 K ST NW 12FL**
**WASHINGTON DC 20006**
Phone: **202-661-2200**

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
**1909 K ST N W 12TH FL**
**WASHINGTON DC 20006**
Phone: **202-661-7658**

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
**6003 EXECUTIVE BLVD STE 101**
**ROCKVILLE MD 20852**
Phone: **301-961-6555**

---

Name: **COLEMAN, JOSHUA**
Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*
Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**
Phone: **301-961-6555**

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
**1909 K ST NW 12FL**
**WASHINGTON DC 20006**
Phone: **202-661-2200**

Name: **FANASELLE, DANIEL C**

Address: **BALLARD SPAHR LLP**
**1909 K ST N W 12TH FL**
**WASHINGTON DC 20006**

Phone: **202-661-7658**

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
**6003 EXECUTIVE BLVD STE 101**
**ROCKVILLE MD 20852**

Phone: **301-961-6555**

Name: **GOLDSMITH, RICHARD R JR**
Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*

Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**

Phone: **301-961-6555**

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
**1909 K ST NW 12FL**
**WASHINGTON DC 20006**

Phone: **202-661-2200**

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
**1909 K ST N W 12TH FL**
**WASHINGTON DC 20006**

Phone: **202-661-7658**

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
**6003 EXECUTIVE BLVD STE 101**
**ROCKVILLE MD 20852**

Phone: **301-961-6555**

Name: **MCCARTNEY-GREEN, LUDEEN**
Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*

Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**

ROCKVILLE MD 20852
Phone: 301-961-6555

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
    **1909 K ST NW 12FL**
    **WASHINGTON DC 20006**
Phone: 202-661-2200

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
    **1909 K ST N W 12TH FL**
    **WASHINGTON DC 20006**
Phone: 202-661-7658

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
    **6003 EXECUTIVE BLVD STE 101**
    **ROCKVILLE MD 20852**
Phone: 301-961-6555

---

Name: **KUTCHER, JASON**
Address: **6003 EXECUTIVE BLVD SUITE 101**
    **ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*
Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
    **SUITE 101**
    **6003 EXECUTIVE BLVD**
    **ROCKVILLE MD 20852**
Phone: 301-961-6555

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
    **1909 K ST NW 12FL**
    **WASHINGTON DC 20006**
Phone: 202-661-2200

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
    **1909 K ST N W 12TH FL**
    **WASHINGTON DC 20006**
Phone: 202-661-7658

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
    **6003 EXECUTIVE BLVD STE 101**
    **ROCKVILLE MD 20852**
Phone: 301-961-6555

Name: **DERDOCK, NICHOLAS**
Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*
Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**
Phone: **301-961-6555**

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
**1909 K ST NW 12FL**
**WASHINGTON DC 20006**
Phone: **202-661-2200**

Name: **FANASELLE, DANIEL C**
Address: **BALLARD SPAHR LLP**
**1909 K ST N W 12TH FL**
**WASHINGTON DC 20006**
Phone: **202-661-7658**

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
**6003 EXECUTIVE BLVD STE 101**
**ROCKVILLE MD 20852**
Phone: **301-961-6555**

---

Name: **JONES, ELIZABETH C**
Address: **6003 EXECUTIVE BLVD SUITE 101**
**ROCKVILLE MD 20852**

*Attorney(s) for the Plaintiff*
Name: **JONES, ELIZABETH C**
Address: **BWW LAW GROUP, LLC**
**SUITE 101**
**6003 EXECUTIVE BLVD**
**ROCKVILLE MD 20852**
Phone: **301-961-6555**

Name: **TOBIN, DANIEL J**
Address: **BALLARD SPAHR, LLP**
**1909 K ST NW 12FL**
**WASHINGTON DC 20006**
Phone: **202-661-2200**

Name: **FANASELLE, DANIEL C**

Address: **BALLARD SPAHR LLP**
**1909 K ST N W 12TH FL**
**WASHINGTON DC 20006**

Phone: **202-661-7658**

Name: **HARRIS, CHERIE N**
Address: **BWW LAW GROUP, LLC**
**6003 EXECUTIVE BLVD STE 101**
**ROCKVILLE MD 20852**

Phone: **301-961-6555**

## Defendant Information

*(Each Alias, Address, and Attorney for the Defendant is displayed)*

Name: **NASH, PATRICIA A**
Address: **8800 LAUREL VALLEY LANE**
**MONTGOMERY VILLAGE MD 20886**

*Attorney(s) for the Defendant*

Name: **GOITEIN, EVAN V**
Address: **GOITEIN LAW, LLC**
**4550 MONTGOMERY AVE SUITE 760N**
**BETHESDA MD 20814**

Phone: **301-323-8272**

Name: **JOHANNESSEN, ELLERY**
Address: **GOITEIN LAW, LLC**
**SUITE 760N**
**4550 MONTGOMERY AVE**
**BETHESDA MD 20814**

Phone: **571-989-3917**

Name: **ESTATE OF PATRICIA A NASH**
Address: **SCOTT NASH, PERSONAL REPRESENTATIVE**
**8800 LAUREL VALLEY LANE**
**MONTGOMERY VILLAGE MD 20886**

*Attorney(s) for the Defendant*

Name: **GOITEIN, EVAN V**
Address: **GOITEIN LAW, LLC**
**4550 MONTGOMERY AVE SUITE 760N**
**BETHESDA MD 20814**

Phone: **301-323-8272**

Name: **JOHANNESSEN, ELLERY**
Address: **GOITEIN LAW, LLC**
**SUITE 760N**
**4550 MONTGOMERY AVE**
**BETHESDA MD 20814**

Phone: **571-989-3917**

## Other Party Information

*(Each Alias, Address, and Attorney for the Party is displayed)*

**Name:** PNC BANK NA
**Address:** C/O BWW LAW GROUP, LLC
6003 EXECUTIVE BLVD STE 101
ROCKVILLE MD 20852

## Issues Information

**Issue:** FORECLOSE DEED OF TRUST

## Document Tracking

| | |
|---|---|
| **Docket Date:** | **05/21/2015**   **Docket Number:** 1 |
| **Docket Description:** | **ORDER, DOCKET SUIT** |
| **Docket Type:** | **Docket**   **Filed By:** **Plaintiff** |
| **Docket Text:** | **PLAINTIFFS' ORDER TO DOCKET, NOTICE OF INTENT TO FORECLOSE, NOTICE OF FORECLOSURE ACTION, REFINANCE DEED OF TRUST (LIBER 33792, FOLIO 290-312) , NOTE, AFFIDAVIT, PURSUANT TO MD RULE 14-207 (B) (1) REGARDING COPY OF LIEN INSTRUMENT, AFFIDAVIT, PURSUANT TO MD RULE 14-207 (B) (4) REGARDING COPY OF APPOINTMENT OF SUBSTITUTE TRUSTEE/ASSIGNMENT OF MORTGAGE, APPOINTMENT OF SUBSTITUTE TRUSTEES, FILED.** |
| **Docket Date:** | **05/21/2015**   **Docket Number:** 2 |
| **Docket Description:** | **OWNER OCCUPIED RESIDENTIAL PROPERTY STMT.** |
| **Docket Type:** | **Docket**   **Filed By:** **Plaintiff** |
| **Docket Text:** | **PLAINTIFFS' STATEMENT REGARDING OCCUPANCY STATUS, LOSS MITIGATION AFFIDAVIT AND PREFILE MEDIATION, FILED.** |
| **Docket Date:** | **05/21/2015**   **Docket Number:** 3 |
| **Docket Description:** | **STATEMENT OF INDEBTEDNESS** |
| **Docket Type:** | **Docket**   **Filed By:** **Other** |
| **Docket Text:** | **BARBARA WACKER'S AFFIDAVIT OF DEED OF TRUST DEBT AND RIGHT TO FORECLOSE, FILED.** |
| **Docket Date:** | **05/21/2015**   **Docket Number:** 4 |
| **Docket Description:** | **MILITARY AFFIDAVIT** |
| **Docket Type:** | **Docket**   **Filed By:** **Plaintiff** |
| **Docket Text:** | **AFFIDAVIT PURSUANT TO SERVICEMEMBERS CIVIL RELIEF ACT AS TO PATRICIA A. NASH, FILED.** |
| **Docket Date:** | **05/21/2015**   **Docket Number:** 5 |
| **Docket Description:** | **AFFIDAVIT OF DEFAULT NOTICE** |
| **Docket Type:** | **Docket**   **Filed By:** **Other** |
| **Docket Text:** | **BARBARA WACKER'S AFFIDAVIT OF DEFAULT PURSUANT TO MARYLAND RP 7-105.1 (E) (II)(1) AND MD RULE 14-207(B)(8), FILED.** |
| **Docket Date:** | **05/21/2015**   **Docket Number:** 6 |
| **Docket Description:** | **AFFIDAVIT OF OWNERSHIP OF DEBT INSTRUMENT** |
| **Docket Type:** | **Docket**   **Filed By:** **Other** |
| **Docket Text:** | **BARBARA WACKER'S AFFIDAVIT CERTIFYING OWNERSHIP OF DEBT INSTRUMENT AND TRUTH AND ACCURACY OF COPY FILED HEREIN, FILED.** |
| **Docket Date:** | **05/21/2015**   **Docket Number:** 7 |

| | |
|---|---|
| Docket Description: | **AFFIDAVIT OF COMPLIANCE W/RP 7-105.9(B)(1)** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **AFFIDAVIT REGARDING MAILING AND ACCURACY OF NOTICE OF INTENT TO FORECLOSE, FILED.** |

| | |
|---|---|
| Docket Date: | **05/21/2015**   Docket Number:   **8** |
| Docket Description: | **AFFIDAVIT OF COMPLIANCE W/RP 7-105.9(B)(1)** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **AFFIDAVIT OF MAILING OF NOTICE TO OCCUPANT(S), FILED.** |

| | |
|---|---|
| Docket Date: | **05/21/2015**   Docket Number:   **9** |
| Docket Description: | **PRELIM LOSS MITIGATION AFFIDAVIT (FORECLOSE)** |
| Docket Type: | **Docket**   Filed By:   **Other** |
| Docket Text: | **LUANN JONES' PRELIMINARY LOSS MITIGATION AFFIDAVIT, FILED.** |

| | |
|---|---|
| Docket Date: | **05/26/2015**   Docket Number:   **10** |
| Docket Description: | **NOTICE, NEW CASE NUMBER** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **NOTICE SENT GIVING NEW CASE NUMBER TO ALL PARTIES.** |

| | |
|---|---|
| Docket Date: | **06/04/2015**   Docket Number:   **11** |
| Docket Description: | **AFFIDAVIT OF SERVICE ON ORDER TO DOCKET** |
| Docket Type: | **Docket**   Filed By:   **Other** |
| Docket Text: | **AFFIDAVIT OF SERVICE ON ORDER TO DOCKET: SERVED AS TO SCOTT NASH, PR FOR THE ESTATE OF PATRICIA NASH BY POSTING ON 05/26/2015 AND BY MAILING ON 05/27/2015, FILED.** |

| | |
|---|---|
| Docket Date: | **07/08/2015**   Docket Number:   **12** |
| Docket Description: | **FINAL LOSS MITIGATION AFFIDAVIT (FORECLOSE)** |
| Docket Type: | **Docket**   Filed By:   **Other** |
| Docket Text: | **STEPHANI SCHUL'S FINAL LOSS MITIGATION AFFIDAVIT AND ATTACHMENTS, FILED.** |

| | |
|---|---|
| Docket Date: | **08/21/2015**   Docket Number:   **13** |
| Docket Description: | **BOND & APPROVAL IN THE AMOUNT OF** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **BOND #L172405 AND APPROVAL IN THE AMOUNT OF $25,000.00, FILED.** |

| | |
|---|---|
| Docket Date: | **09/01/2015**   Docket Number:   **14** |
| Docket Description: | **REQUEST, FORECLOSURE MEDIATION** |
| Docket Type: | **Docket**   Filed By:   **Defendant** |
| Docket Text: | **SCOTT NASH'S REQUEST FOR FORECLOSURE MEDIATION, FILED. (NOT A PARTY TO THE CASE)** |

| | |
|---|---|
| Docket Date: | **10/15/2015**   Docket Number:   **15** |
| Docket Description: | **FORECLOSURE MEDIATION: NO AGREEMENT REACHED** |
| Docket Type: | **Docket**   Filed By:   **Other** |
| Docket Text: | **FORECLOSURE MEDIATOR'S NOTIFICATION OF STATUS: THE PARTIES PARTICIPATED IN THE MEDIATION BUT NO AGREEMENT WAS REACHED, FILED. (RECEIVED VIA EMAIL)** |

| | | |
|---|---|---|
| Docket Date: | 10/21/2015 Docket Number: 16 | |
| Docket Description: | **FORECLOSURE MEDIATOR'S NOTICE OF STATUS** | |
| Docket Type: | **Docket** Filed By: **Other** | |
| Docket Text: | **FORECLOSURE MEDIATOR'S NOTIFICATION OF STATUS AND ATTACHMENT, FILED.** | |

| | |
|---|---|
| Docket Date: | 11/04/2015 Docket Number: 17 |
| Docket Description: | **ORDER, SCHEDULE FORECLOSURE SALE** |
| Docket Type: | **Docket** Filed By: **Court** |
| Docket Text: | **ORDER OF COURT (DEBELIUS, J.) THAT THE SECURED PARTY MAY SCHEDULE THE FORECLOSURE SALE, SUBJECT TO THE RIGHT OF THE BORROWER TO FILE A MOTION PURSUANT TO RULE 14-211 TO STAY THE SALE AND DISMISS THE ACTION, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | 11/13/2015 Docket Number: 18 |
| Docket Description: | **LINE ENTERING APPEARANCE OF COUNSEL** |
| Docket Type: | **Docket** Filed By: **Defendant** |
| Docket Text: | **LINE ENTERING THE APPEARANCE OF ELLERY JOHANNESSEN AS COUNSEL FOR DEFENDANT, FILED.** |

| | |
|---|---|
| Docket Date: | 11/13/2015 Docket Number: 19 |
| Docket Description: | **MOTION, STAY OF FORECLOSURE SALE** |
| Docket Type: | **Motion** Filed By: **Defendant** Status: **Denied** |
| Reference Docket(s): | **Opposition: 28 Ruling: 32** |
| Docket Text: | **DEFENDANT'S MOTION TO STAY AND DISMISS, AFFIDAVIT, REQUEST FOR HEARING AND ATTACHMENTS, FILED.** |

| | |
|---|---|
| Docket Date: | 11/16/2015 Docket Number: 20 |
| Docket Description: | **BOND & APPROVAL IN THE AMOUNT OF** |
| Docket Type: | **Docket** Filed By: **Plaintiff** |
| Docket Text: | **BOND #L175174 AND APPROVAL IN THE AMOUNT OF $25,000.00, FILED.** |

| | |
|---|---|
| Docket Date: | 12/02/2015 Docket Number: 21 |
| Docket Description: | **STIPULATION** |
| Docket Type: | **Docket** Filed By: **Joint** |
| Docket Text: | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY AND DISMISS AND RULE 1-313 CERTIFICATE, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | 12/02/2015 Docket Number: 22 |
| Docket Description: | **LINE ENTERING APPEARANCE OF COUNSEL** |
| Docket Type: | **Docket** Filed By: **Plaintiff** |
| Docket Text: | **LINE ENTERING THE APPEARANCE OF DANIEL J. TOBIN, ESQ. AS COUNSEL FOR PLAINTIFF, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | 12/08/2015 Docket Number: 23 |
| Docket Description: | **LETTER, REQUESTING BLANK ORDER** |
| Docket Type: | **Docket** Filed By: **Court** |
| Docket Text: | **LETTER MAILED TO DANIEL J. TOBIN, ESQ. REQUESTING BLANK ORDER FOR STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY AND DISMISS. (LP)** |

| | |
|---|---|
| Docket Date: | 12/08/2015 Docket Number: 24 |

| | |
|---|---|
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **ADMINISTRATIVE AIDE'S MEMORANDUM TO ASSIGNMENT OFFICE, FILED.** |

| | |
|---|---|
| Docket Date: | **12/08/2015**   Docket Number:  **25** |
| Docket Description: | **NOTICE, HEARING DATE (MAILED)** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 12/28/2015) (LP)** |

| | |
|---|---|
| Docket Date: | **12/18/2015**   Docket Number:  **26** |
| Docket Description: | **NOTICE, HEARING DATE (MAILED)** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 01/26/2016) (LP)** |

| | |
|---|---|
| Docket Date: | **12/22/2015**   Docket Number:  **27** |
| Docket Description: | **LETTER/LINE OF AGREEMENT TO POSTPONE** |
| Docket Type: | **Docket**   Filed By:  **Joint** |
| Docket Text: | **JOINT LETTER OF AGREEMENT TO POSTPONE THE HEARING FROM 12/28/2015 TO 01/26/2016, FILED.** |

| | |
|---|---|
| Docket Date: | **12/22/2015**   Docket Number:  **28** |
| Docket Description: | **OPPOSITION TO MOTION** |
| Docket Type: | **Opposition**   Filed By:  **Plaintiff** |
| Reference Docket(s): | **Motion: 19**   **Ruling: 32** |
| Docket Text: | **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STAY OR DISMISS, RULE 1-313 CERTIFICATION AND ATTACHMENTS, FILED. (ATTACHMENTS REMOVED AND PLACED IN EXHIBIT ROOM)** |

| | |
|---|---|
| Docket Date: | **01/20/2016**   Docket Number:  **29** |
| Docket Description: | **MOTION, POSTPONEMENT** |
| Docket Type: | **Motion**   Filed By:  **Joint**   Status:  **Granted** |
| Reference Docket(s): | **Ruling: 31** |
| Docket Text: | **JOINT MOTION TO POSTPONE HEARING AND RULE 1-313 CERTIFICATION, FILED.** |

| | |
|---|---|
| Docket Date: | **01/21/2016**   Docket Number:  **30** |
| Docket Description: | **NOTICE, EXISTING SCHEDULE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **NOTICE OF EXISTING SCHEDULE SENT TO DANIEL C. FANASELLE, ESQ., FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **01/22/2016**   Docket Number:  **31** |
| Docket Description: | **ORDER, POSTPONE** |
| Docket Type: | **Ruling**   Filed By:  **Court**   Status:  **Granted** |
| Ruling Judge: | **QUIRK, JOSEPH M** |
| Reference Docket(s): | **Motion: 29** |
| Docket Text: | **ORDER OF COURT (QUIRK, J.) THAT JOINT MOTION TO POSTPONE HEARING BE, AND HEREBY, IS GRANTED; THAT THIS MATTER BE RESCHEDULED FOR FEBRUARY 22, 2016, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | 02/24/2016   Docket Number:  32 |
| Docket Description: | **ORDER, STAY FORECLOSURE SALE** |
| Docket Type: | **Ruling**   Filed By:  **Court**   Status:  **Denied** |
| Ruling Judge: | **BAIR, GARY E** |
| Reference Docket(s): | **Motion: 19   Opposition: 28** |
| Docket Text: | **ORDER OF COURT (BAIR, J.) THAT DEFENDANT'S MOTION TO STAY THE SALE AND DISMISS THE ACTION BE, AND HEREBY IS DENIED; THAT PLAINTIFFS MAY PROCEED TO SCHEDULE THE FORECLOSURE SALE, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | 05/19/2016   Docket Number:  33 |
| Docket Description: | **NOTICE, FORECLOSURE NON-COMPLIANCE** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **AFFIDAVIT OF NOTICE OF TIME, PLACE AND TERMS OF SALE, PRE-SALE PROOF OF ADVERTISING OF NOTICE OF SALE, REPORT OF SALE, PURCHASER'S AFFIDAVIT, UPDATED MILITARY AFFIDAVIT AND ORDER NISI NOTICE. (COPIES MAILED) (FILED)** |

| | |
|---|---|
| Docket Date: | 06/08/2016   Docket Number:  34 |
| Docket Description: | **MOTION, DEFER DISMISSAL PURSUANT TO 14-207.1** |
| Docket Type: | **Motion**   Filed By:  **Plaintiff**   Status:  **Granted** |
| Reference Docket(s): | **Ruling: 35** |
| Docket Text: | **SUBSTITUTE TRUSTEES' RESPONSE TO THE MAY 19TH, 2016 NOTIFICATION OF NONCOMPLIANT FORECLOSURE FILING AND MOTION TO DEFER DISMISSAL, FILED.** |

| | |
|---|---|
| Docket Date: | 06/14/2016   Docket Number:  35 |
| Docket Description: | **ORDER, DEFER DISMISSAL PURSUANT TO 14-207.1** |
| Docket Type: | **Ruling**   Filed By:  **Court**   Status:  **Granted** |
| Ruling Judge: | **DEBELIUS, JOHN W III** |
| Reference Docket(s): | **Motion: 34** |
| Docket Text: | **ORDER OF COURT (DEBELIUS, J.) THAT THE SUBSTITUTE TRUSTEES' MOTION AND/OR RESPONSE TO DEFER THE ENTRY OF AN ORDER TO DISMISS BE AND IS HEREBY GRANTED; THAT THE DISMISSAL UNDER MARYLAND RULE 14-207.1 IS DEFERRED FOR A PERIOD OF 90 DAYS. IF NO FURTHER ACTION IS TAKEN WITHIN 90 DAYS, THE CLERK SHALL DISMISS THIS ACTION WITHOUT PREJUDICE, ENTERED. (COPIES MAILED)** |

| | |
|---|---|
| Docket Date: | 06/30/2016   Docket Number:  36 |
| Docket Description: | **MOTION, STAY OF FORECLOSURE SALE** |
| Docket Type: | **Motion**   Filed By:  **Defendant**   Status:  **Denied** |
| Ruling Judge: | **STORM, HARRY CARL** |
| Reference Docket(s): | **Opposition: 43   Ruling: 44** |
| Docket Text: | **DEFENDANT'S RENEWED MOTION TO STAY AND DISMISS, REQUEST FOR A HEARING, AFFIDAVIT AND ATTACHMENTS, FILED.** |

| | |
|---|---|
| Docket Date: | 07/07/2016   Docket Number:  37 |
| Docket Description: | **MEMORANDUM** |
| Docket Type: | **Docket**   Filed By:  **Court** |
| Docket Text: | **ADMINISTRATIVE AIDE'S MEMORANDUM TO ASSIGNMENT OFFICE, FILED.** |

| | |
|---|---|
| Docket Date: | 07/08/2016   Docket Number:  38 |
| Docket Description: | **NOTICE, HEARING DATE (MAILED)** |
| Docket Type: | **Docket**   Filed By:  **Court** |

| | |
|---|---|
| Docket Text: | **NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 08/02/2016)** |

| | |
|---|---|
| Docket Date: | **07/15/2016**   Docket Number:   **39** |
| Docket Description: | **LETTER/LINE OF AGREEMENT TO POSTPONE** |
| Docket Type: | **Docket**   Filed By:   **Joint** |
| Docket Text: | **JOINT LETTER/LINE OF AGREEMENT RECEIVED TO POSTPONE THE RENEWED MOTION HEARING FROM 08/02/2016 TO 08/15/2016, FILED.** |

| | |
|---|---|
| Docket Date: | **07/15/2016**   Docket Number:   **40** |
| Docket Description: | **STIPULATION** |
| Docket Type: | **Docket**   Filed By:   **Joint** |
| Docket Text: | **JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY AND DISMISS, FILED.** |

| | |
|---|---|
| Docket Date: | **07/18/2016**   Docket Number:   **41** |
| Docket Description: | **NOTICE, HEARING DATE (MAILED)** |
| Docket Type: | **Docket**   Filed By:   **Court** |
| Docket Text: | **NOTICE OF HEARING DATE FILED AND MAILED. (HEARING DATE: 08/15/2016)** |

| | |
|---|---|
| Docket Date: | **07/25/2016**   Docket Number:   **42** |
| Docket Description: | **STIPULATION** |
| Docket Type: | **Docket**   Filed By:   **Plaintiff** |
| Docket Text: | **PLAINTIFFS' AND DEFENDANT'S STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY AND DISMISS, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **07/28/2016**   Docket Number:   **43** |
| Docket Description: | **OPPOSITION TO MOTION** |
| Docket Type: | **Opposition**   Filed By:   **Plaintiff** |
| Ruling Judge: | **STORM, HARRY CARL** |
| Reference Docket(s): | Motion: **36**   Ruling: **44** |
| Docket Text: | **PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO STAY OR DISMISS, RULE 1-313 CERTIFICATION AND ATTACHMENTS, FILED. (LP)** |

| | |
|---|---|
| Docket Date: | **08/15/2016**   Docket Number:   **44** |
| Docket Description: | **HEARING** |
| Docket Type: | **Ruling**   Filed By:   **Court**   Status:   **Denied** |
| Ruling Judge: | **STORM, HARRY CARL** |
| Reference Docket(s): | Motion: **36**   Opposition: **43** |
| Docket Text: | **HEARING (STORM, J.) ON DEFENDANT'S RENEWED MOTION TO STAY AND DISMISS (#36) - DENIED. ORDER SIGNED. PLAINTIFFS' COUNSEL, MR. TOBIN. DEFENDANTS' COUNSEL, MR. JOHANNESSEN.** |
| Audio Media: | **90-081516**   Start:   **09:59:23**   Stop:   **10:17:15** |

| | |
|---|---|
| Docket Date: | **08/17/2016**   Docket Number:   **45** |
| Docket Description: | **ORDER, STAY FORECLOSURE SALE** |
| Docket Type: | **Docket**   Filed By:   **Court**   Status:   **Denied** |
| Ruling Judge: | **STORM, HARRY CARL** |
| Docket Text: | **ORDER OF COURT (STORM, J.) THAT DEFENDANT'S RENEWED MOTION TO STAY THE SALE AND DISMISS THE ACTION BE, AND HEREBY IS, DENIED AND THAT PLAINTIFFS' MAY PROCEED TO SCHEDULE THE FORECLOSURE SALE, ENTERED. (COPIES MAILED)** |

[Go Back](#)

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland rules 16-1001 through 16-1011, or because of the practical difficulties inherent in reducing a case record into an electronic format.*